IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Southern Painting and Maintenance Specialists, LLC, | ) ) | |
| Plaintiff, | ) ) | C.A. No. 6:23cv1320-HMH |
| vs. | ) ) | |
| | ) | **OPINION AND ORDER** |
| Behr Paints It!, Inc.; Behr Process Corporation; MASCO Corporation; and The Home Depot, Inc., | ) ) ) ) | |
| Defendants. | ) | |

Plaintiff Southern Painting and Maintenance Specialists, LLC is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). Plaintiff Southern Painting and Maintenance Specialists, LLC is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
April 4, 2023